UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANICE WILLIAMS,

                     Plaintiff,                             22 **CIVIL** 9393 (NSR)(PED)

        -v-                                               **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                     Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 27, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The parties agree that the Appeals Council will remand this case and Plaintiff's other case, Civil Action Number 1:20-cv-5991 (S.D.N.Y.), to an Administrative Law Judge with instructions to consolidate the claim files, associate the evidence, take further action needed to complete the administrative record, offer the claimant the opportunity for a new hearing, and issue a new decision on the consolidated claims.

**Dated:** New York, New York
           March 7, 2023

                                                                **RUBY J. KRAJICK**

                                                                   _____
                                                                       **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                        **Deputy Clerk**